# ELECTRONIC RECORD

**485-15**

COA #14-14-00245-CR

OFFENSE: Murder

STYLE: Jeremy Deshawn Dugar v The State of Texas

COUNTY: Harris

COA DISPOSITION: Reversed and Remanded

TRIAL COURT: 263rd District Court

DATE: April 9, 2015    Publish: Yes

TC CASE #: 1407238

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Jeremy Deshawn Dugar v The State of Texas

CCA # _____

_____ State's _____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_Refused_

DATE: _09/16/2015_

JUDGE: _Per Curiam,_
_Newell, J. not participating_

CCA Disposition: **485-15**

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**